UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOSHUA HALL**, a consumer residing in Multnomah County, | Case No. 3:14-cv-6 **EXHIBIT COVER PAGE** |
| Plaintiff, | |
| v. | |
| **COLUMBIA COLLECTION SERVICE, INC.**, a domestic business corporation, and **DAVID SCHUMACHER**, its debt collection attorney, | |
| Defendants. | |

# EXHIBIT 2

**EXHIBIT COVER PAGE**

**OlsenDaines, PC**
PO Box 2316
Portland, Oregon 97208
Mobile 503-201-4570
Fax 503-362-1375

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR __WASCO__ COUNTY

Small Claims Division - 5TH AND WASHINGTON THE DALLES, OR 97058 541-296-4798
(court's address and phone number)

COLUMBIA COLLECTION SERVICE, INC.
Plaintiff
P.O. BOX 22709
Address
MILWAUKIE, OR 97269
City          State       Zip
(800) 807-3476
              CLACKAMAS
              County

CASE NO. __SC09-319__

CLAIM AND
NOTICE OF CLAIM

V.

JOSHUA HALL
Defendant          Defendant

A.K.A.             A.K.A.

Name, Title (if applicable) and Address for Service on Defendant(s):

JOSHUA HALL
Defendant                                    Defendant

A.K.A.                                       A.K.A.
2113 W 7TH ST APT 25
Address                                      Address
THE DALLES        OR     97058
City              State  Zip                 City       State       Zip
                  WASCO
                  County                                County

I, Plaintiff, claim that on or about __4/11/08__ the above-named defendant(s) owed me the sum of $ __734.33__, and the sum is still owing for goods and services rendered by below listed client(s) on the above date(s). The above sum includes interest at the legal rate of 9% per annum (currently $ __68.61__ as of __6/3/09__) which shall continue to accrue until paid per ORS 82.010.

I have incurred fees of $ __47.50__ and service expense of $ __30.00__.
***ASSIGNEE FOR:    PROVIDENCE HOOD RIVER

Claim Amt:   738.33
Filing Fee:   47.50
Service Fee:  30.00
Total Due:   815.83

STATE OF OREGON
CLACKAMAS COUNTY

I, the above-named plaintiff, having been duly sworn, state that I have read the above claim and that it is true as I verily believe, and that I have made a bone fide effort to collect the claim from the defendant before filing the claim with the clerk.

DATED __6/3/09__

Plaintiff    JOSEPH GALVAN FOR CCSI

SUBSCRIBED AND SWORN to before me this __3RD__ day of __JUNE__, 200__9__.

OFFICIAL SEAL
LISA M RIZZO
NOTARY PUBLIC-OREGON
COMMISSION NO. 418310
MY COMMISSION EXPIRES JUNE 12, 2011

NOTARY PUBLIC FOR OREGON

_Lisa M. Rizzo_
My Commission expires __6/12/2011__

NOTICE TO DEFENDANT: I certify that the foregoing is a true copy of the claim filed against you.

TRIAL COURT ADMINISTRATOR
BY _Barbara Huckerson_

NOTICE TO DEFENDANT    READ REVERSE SIDE

MR. HALL EXHIBIT 2 - Page 1 of 1